Hillsborough, }
March 5, 1918. }

### AMÉDÉE TURCOTTE *v.* BERT J. FELLOWS.

CASE, under *c.* 163, Laws 1911, to recover for injuries received in the course of the plaintiff's employment by the defendant. Trial by jury and verdict for the plaintiff. The defendant moved for a verdict upon the grounds that the plaintiff, when injured, was not within the scope of his employment and was himself guilty of contributory negligence. The motion was denied subject to exception. Transferred from the January term, 1917, of the superior court by *Branch,* J.

*Osgood & Osgood* (*Mr. Anson G. Osgood* orally), for the plaintiff.

*Doyle & Lucier* (*Mr. Lucier* orally), for the defendant.

*Per Curiam.* The evidence does not conclusively establish the plaintiff's want of care as a contributing cause of his injury, while there was evidence from which it could be found that he was, when injured, doing what he was employed to do.

*Exception overruled.*